courtdocs@dickinsonwright.com
Timothy M. Strong (#021345)
tstrong@dickinsonwright.com
Eric Bryce Kessler (#032182)
bkessler@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona  85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Beach Shack Rentals, LLC, et al., | Case No. CV-23-00427-PHX-DWL |
| Plaintiffs, | **Notice of Settlement** |
| vs. | |
| Markel American Insurance Company, | |
| Defendant. | |

Plaintiffs Beach Shack Rentals, LLC, Calixto Ortiz Vargas and Maria Isidra Bricia Aguilar Franco, Brallan Juarez, Scarlett Ortiz Castro, and Milan Ortiz Castro ("Beach Shack" or "Plaintiffs") and defendant Markel American Insurance Company ("MAIC") hereby provide notice that the parties have reached an agreement to settle all claims and issues in this civil action. The parties are in the process of finalizing their settlement agreement, to include addressing issues of cementing authority to settle on behalf of the minor plaintiffs, and anticipate filing a Stipulation with the Court based on their settlement within ninety (90) days of this notice.

/ / /

/ / /

**RESPECTFULLY SUBMITTED** this 3rd day of April, 2024.

/s/ Timothy M. Strong
Timothy M. Strong
Eric Bryce Kessler
**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Ste. 1400
Phoenix, AZ 85004
*Attorneys for Defendant*

/s/ Anoop Bhatheja (with permission)
Jason M. Kelly
Richard D. Lyons
Anoop Bhatheja
**KELLY & LYONS, PLLC**
5020 E. Shea Blvd., Suite 150
Scottsdale, AZ 85254
*Co-Counsel for Plaintiffs Beach Shack LLC; Attorneys for Plaintiff Brallan Juarez, Conservator for Minor Children Carlos Ortiz Castro, Scarlett Ortiz Castro, and Milan Castro*

/s/ Mark W. Arnett (with permission)
Mark W. Arnett
**ARNETT & ARNETT, P.C.**
1120 South Dobson Road, Suite 110
Chandler, AZ 85286

/s/ John M. Alston (with permission)
John M. Alston
**SMITH ALSTON DARNER & LEE**
6816 E. Brown Road, Suite 101
Mesa, AZ 85207
*Co-Counsel for Plaintiffs Beach Shack LLC; Co-Counsel for Plaintiffs Calixto Ortiz Vargas and Maria Isidra Bricia Aguilar Franco*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

By: *s/ Janet Hawkins*

4895-7630-9426 v1 [93199-92]